## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------x

**In Re:**
Basmati Meghan

**Case Number** 1-13-40571-nhl
**Chapter** 7

**Adv. Proc. No:**
**Hearing Date:** January 29, 2015

                             **Debtor**
---------------------------------------------x

### Proceeding Memorandum/Order

**Matter:**  Status Hearing on Loss Mitigation held on December 16, 2014

**MOVANT/PARTIES:**

**COURT ACTION:**
- ☐ Granted
- ☐ Approved
- ☐ Moot
- ☐ Denied
- ☐ Denied Without Prejudice
- ☐ Withdrawn in Open Court
- ☐ Sustained
- ☐ Overruled
- ☐ Continued to: _____
- ☐ Proposed Order to be submitted by: _____
- ☐ Stipulation to be submitted by: _____
- ☐ Taken Under Advisement: _____

It is hereby ORDERED that the Loss Mitigation Status Hearing is adjourned to January 29, 2015 at 2:30 p.m.; and it is further ORDERED that the Loss Mitigation Period is extended to January 29, 2015; and it is further ORDERED that the parties file status reports with the Court by no later than 4:00 p.m. on January 22, 2015.



**Dated: December 22, 2014**
**Brooklyn, New York**

**Nancy Hershey Lord**
**United States Bankruptcy Judge**